## IN CHANCERY.

EGBERTS *v.* LANSING.

SEPTEMBER 7, 1824.

Sanders Lansing mortgaged in fee to the complainant a lot in Water-street in the city of Albany, for securing the payment of $1000, to the equity of redemption of which the defendant, John Lansing junior, had become entitled.

A bill to foreclose had been filed; a reference to a master obtained; and upon the coming in of his report, T. V. Vechten moved for a confirmation, and an order for sale of the mortgaged premises.

The defendant, J. Lansing, objected—

There is no law in this state to warrant a judicial sale on a mortgage in fee, where all the parties appear. It is a process of recent introduction. The rule is to foreclose; that is, to adjudge the mortgagor entirely barred, which devolves his interest upon the mortgagee, by merging it into the mortgagor's estate at law. So has always been the practice, till about the year 1817. The new practice is repugnant to the common law.

SANFORD, *Chancellor*—I found the practice so; it has obtained for some time, and I will adhere to it.

Order for sale.